IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:13CR15** |
| vs. | |
| CHRISTOPHER LEWIS, | **ORDER** |
| Defendant. | |

IT IS ORDERED:

1) The defendant's revocation hearing is scheduled for July 19, 2019 at 2:30 p.m. before the Honorable Joseph F. Bataillon, in Courtroom 3, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

July 17, 2019.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge